UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:09-CR-158-D-6

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (DE 397) |
| MARCUS ANTWAN WILEY | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 397 (Presentence Report) be sealed until further notice by this Court.

This **4** day of **May**, 2021.

JAMES C. DEVER III
United States District Judge