UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:09-CR-158-D-6

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | (DE 398) |
| MARCUS ANTWAN WILEY ) | |
| ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 398 (2020 Medical Records) be sealed until further notice by this Court.

This 4 day of May, 2021.

JAMES C. DEVER III
United States District Judge