UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:09-CR-158-D-6

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | (DE 399) |
| MARCUS ANTWAN WILEY ) | |
| ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 399 (2021 Medical Records) be sealed until further notice by this Court.

This __4__ day of __MAY__, 2021.

_____
JAMES C. DEVER III
United States District Judge