UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-158-6D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | (Under Seal) |
| MARCUS ANTWAN WILEY | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 408 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the __4__ day of May 2021.

_____
JAMES C. DEVER III
United States District Judge